FILED
2009 Feb-02  PM 01:50
U.S. DISTRICT COURT
N.D. OF ALABAMA



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JAMES EARL THOMAS,           )
                             )
                 Plaintiff   )
                             )
    vs.                      )        Case No.  2:08-cv-01313-HGD
                             )
H&E EQUIPMENT SERVICES,      )
LLC, et al.,                 )
                             )
                 Defendants  )

**O R D E R**

On January 8, 2009, the magistrate judge's report and recommendation was entered and the parties were allowed therein eleven (11) days in which to file objections to the recommendations made by the magistrate judge.  On January 23, 2009, plaintiff filed objections to the report and recommendation.

After careful consideration of the record in this case, the magistrate judge's report and recommendation and the objections thereto, the court hereby ADOPTS the report of the magistrate judge.  The court further ACCEPTS the recommendations of the magistrate judge, and it is, therefore,

ORDERED, ADJUDGED and DECREED that the Motion for Judgment on the Pleadings filed by defendant, H&E Equipment Services, LLC (Doc. #37), is due to

be and hereby is GRANTED.  To the extent that plaintiff's complaint can be read to

assert any claim pursuant to 42 U.S.C. § 1983, such claim is due to be and hereby is

DISMISSED for failure to state a claim.  The remainder of plaintiff's claims in this

action are still pending.

Done this 2nd day of February 2009.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

**153671**